UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  ED CV 13-2348-ABC (PLA)                                   Date  January 31, 2014

Title:  Dennyelle Nikole Baty v. Carolyn W. Colvin, Acting Commissioner of Social Security

---

PRESENT: THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**        ( IN CHAMBERS)

Pursuant to this Court's Order of January 3, 2014, plaintiff was ordered to file a Proof of Service showing compliance with Paragraph I of the Court's Order within twenty-eight days of the filing on the complaint, i.e., by January 24, 2014. To date, the Proof of Service has not been filed with the Court. Accordingly, **no later than February 7, 2014, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders. Filing of the Proof of Service on or before February 7, 2014, shall be deemed compliance with this Order to Show Cause.


cc:     Steven G. Rosales, Esq.
        Timothy R. Bolin, SAUSA

Initials of Deputy Clerk     ch